JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 339 -- IN RE FIRST NATIONAL BANK, HEAVENER, OKLAHOMA,
(FIRST MORTGAGE REVENUE BONDS) SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 2/1/78 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, ATTACHMENTS, CERT. OF SERVICE-- FIRST NATIONAL BANK, HEAVENER, OKLAHOMA for transfer of action  SUGGESTED TRANSFEREE DISTRICT -- E.D. Oklahoma |
| 2/13/78 | | REQUEST FOR EXTENSION -- FIRST NATIONAL BANK & TRUST CO. OF PONCA CITY, OKLA. -- GRANTED TO ALL TO AND INCLUDING FEB. 27, 1978 (Notified by letter) (rew) |
| 2/13/78 | | REQUEST FOR EXTENSION -- ILLUS INDUSTRIES, INC. -- GRANTED TO ALL TO AND INCLUDING FEB. 27, 1978 |
| 2/14/78 | | OBJECTION TO APPLICATION FOR EXTENSION OF TIME -- Movant w/cert. of serv. |
| 2/15/78 | | APPEARANCE -- Harry A. Woods, Jr., Esq. for First National Bank and Trust Co. of Ponca City  Albert Matthews for Illus Industries  Margaret M. Howe, Esq. for First National Bank of Heavener, Okla |
| 2/21/78 | | APPEARANCE -- Robert K. McCune, Esq. for Perry, Adams & Lewis, Inc. John I. Willhauk, Jr., Resource Technology, Inc., Susan Sousa and Dyno Jet, Inc. |
| 2/27/78 | 2 | RESPONSE -- Defendants Perry, Adams & Lewis, Inc.; John Willhauck, Jr.; Resource Technology, Inc.; Dyno Jet, Inc.; and Susan Sousa -- w/cert. of service (cds) |
| 2/27/78 | 3 | RESPONSE -- Defendant Ilus Industries, Inc. -- w/cert. of service (cds) |
| 2/27/78 | | REQUEST FOR EXTENSION -- First National Bank & Trust Co. of Ponca City Oklahoma. -- GRANTED TO 3/1/78 (emh) |
| 3/1/78 | 4 | MOTION AND SUPPORTING BRIEF IN OPPOSITION TO TRANSFER -- First Nat'l Bank and Trust Company of Ponca City w/cert of svc. (ea) |
| 3/2/78 | | HEARING ORDER -- Setting A-1 and A-2 for hearing to be held in Wash., D.C. on 3/31/78. (ea) |
| 3/10/78 | 5 | REPLY -- First National Bank, Heavener, Oklahoma w/cert. of svc. (ea) |
| 3/13/78 | | LETTER -- Counsel for FIDELITY SECURITIES, INC. (No Service) |
| 3/22/78 | | HEARING APPEARANCE FOR MARCH 31, 1978 HEARING -- Washington, D.C. William D. Lunn, Esq. for First National Bank, Heavener, Okla.  Brooke S. Murphy, Esq. for The First National Bank and Trust Co. of Ponca City.  (rew) |
| 3/22/78 | | WAIVERS OF ORAL ARGUMENT -- March 31, 1978, Washington, D.C. Albert R. Matthews, Esq. for Illus Industries, Inc. Robert K. McCune, Esq. for Perry Adams & Lewis, John Willhauck, Susan Sousa, Dyno-Jet and Resource Technology   (rew) |
| 3/31/78 | | HEARING APPEARANCE -- HARRY A. WOODS FOR FIRST National Bank and Trust Co. |
| 4/10/78 | | STIPULATION RELATING TO DISCOVERY -- A-1 and A-2 -- Defendants Perry, Adams & Lewis, Inc.; John Willhauck, Jr.; Resource Technology, Inc.; Dyno Jet, Inc.; and Susan Sousa.   (ea) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 2

DOCKET NO. 339 -- In re First National Bank, Heavener, Oklahoma (First Mortgage Revenue Bonds) Securities Litigation

| Date | No. Code | |
|---|---|---|
| 4/20/78 | | STIPULATION RELATING TO DISCOVERY -- Defendants First National Bank & Trust Company of Ponca City; Ilus Industries, Inc.; Fidelity Securities, Inc.; Perry, Adams & Lewis, Inc.; John Willhauck, Jr.; Resource Technology, Inc.; Dyno Jet, Inc.; and Susan Sousa.   (ea) |
| 4/25/78 | | Addition to Stipulation Relating to Discovery filed on 4/20/78 -- to add counsel for H. H. Luttrell & Associates.   (ea) |
| 5/15/78 | | CONSENT OF TRANSFEREE COURT -- Assigning the Honorable Ralph G. Thompson of the Western District of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407   (cds) |
| 5/15/78 | | OPINION AND ORDER -- Transferring E. Oklahoma action to the Western District of Oklahoma and assigning these actions to the Honorable Ralph G. Thompson under 28 U.S.C. §1407 -- Notified counsel, involved judges and transferee clerk. (cds) |
| 5/30/78 | | Clerk (W.D.Okla) dated 5/18/78 stating c.a. No. for A-2 and requesting files.   (filed in Special Correspondence) |

CONSOLIDATED 5/15/78 451 F. Supp. 995

DOCKET NO. 339 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed

CAPTION: IN RE FIRST NATIONAL BANK, HEAVENER, OKLAHOMA, (FIRST MORTGAGE REVENUE BONDS) SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  3/31/78

Consolidation Ordered  5/15/78              Consolidation Denied _____

Opinion and/or Order  5/15/78

Citation  451 F.Supp. 995

Transferee District  Western District of Oklahoma     Transferee Judge  Ralph G. Thompson

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | First National Bank, Heavener, Oklahoma, etc. v. First National Bank & Trust Co. of Ponca City, Ponca City, Oklahoma | W.D.OK. Thompson | 77-0461-T | ---- | | 11/27/79 D | |
| A-2 | First National Bank, Heavener, Oklahoma, etc. v. Eufaula Enterprises, Inc., et al. | E.D. OK Morris | 76-343-C | 5/15/78 | CV78-473T | 11/27/79 D | |

July 1979 -  1 TRj  1 XX2 = 2 Pdg.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 339 -- IN RE FIRST NATIONAL BANK HEAVENER, OKLAHOMA (FIRST MORTGAGE REVENUE BONDS) SECURITIES LITIGATION

| | |
|---|---|
| FIRST NATIONAL BANK, HEAVENER, OKLAHOMA<br>Ms. Margaret M. Howe, Esquire<br>P.O. Box 1842<br>505 W. Okmulgee<br>Muskogee, Oklahoma 74401<br><br>EUFAULA UTILITY AUTHORITY<br>J. L. HARKEY<br>GUY SWADLEY<br>HOMER HEDGES<br>Kenneth Lackey, Esquire<br>115 S. Main<br>Eufaula, Oklahoma 74432<br><br>FIDELITY SECURITIES, INC.<br>Jack L. Halliburton, Esquire<br>81 Madison Building<br>Memphis, Tennessee 38103<br><br>PERRY, ADAMS & LEWIS, INC.<br>JOHN WILLHAUCK, JR.<br>RESOURCE TECHNOLOGY, INC.<br>DYNO JET, INC.<br>SUSAN SOUSA<br>Robert K. McCune, Esquire<br>P.O. Box 53567<br>Oklahoma City, Oklahoma 73105<br><br>FIRST NATIONAL BANK & TRUST CO. OF PONCA CITY<br>Harry A. Woods, Esquire<br>Crowe, Dunlevy, Thweatt, Swinford, Johnson & Bufdick<br>1700 Liberty Tower<br>100 Broadway<br>Oklahoma City, Oklahoma | ILLUS INDUSTRIES, INC.<br>Albert Matthews, Esquire<br>P.O. Box 1906<br>Muskogee, Oklahoma 74401<br><br>~~H. H. LUTTRELL & ASSOC.~~<br>~~Suite 1200~~<br>~~First American Bank Bldg.~~<br>~~Memphis, Tenn. 38101~~<br><br>Mr. Robert N. Naifeh, Esquire<br>Trustee in Bankruptcy<br>Security National Bank Bldg.<br>Norman, Oklahoma 73069<br><br>EUFAULA ENTERPRISES, INC.<br>(Unable to determine address) |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 339 -- IN RE FIRST NATIONAL BANK, HEAVENER, OKLAHOMA, (FIRST MORTGATE REVENUE BONDS) SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| First National Bank & Trust Co. of Ponca City ✓ | |
| Eufaula Enterprises, Inc. ✓ | |
| Perry, Adams & Lewis, Inc. ✓ | |
| John I. Willhauck, Jr. Trustee of Eufaula Utility Authority ✓ | |
| Guy Swadley Trustee of Eufaula Utility Authority ✓ | |
| J. L. Harkey ✓ Trustee of Eufaula Utility Authority | |
| Homer Hedges Trustee of Eufaula Utility Authority | |
| Eufaula Ulitities Authority ✓ | |
| H. H. Luttrell and Associates ✓ | |
| Fidelity Securities, Inc. ✓ | |
| Ihlus Industries, Inc. ✓ | |

p. __2__

| | |
|---|---|
| Resource Technology, Inc.<br>✓ | |
| Susan Sosa<br>✓ | |
| Dyno Jet, Inc.<br>✓ | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |